IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SELLERS CAPITAL, LLC, and <br> SELLERS CAPITAL MASTER <br> FUND, LTD. <br><br> Plaintiffs, <br><br> v. <br><br> GEORGE WIGHT, ARMADA <br> GROUP, GP, INC. and ARMADA <br> ENTERPRISES, INC. <br><br> Defendants. | Case No. 15-cv-07644 <br><br> Mag. Judge Jeffrey T. Gilbert |

## FINAL JUDGMENT ORDER IN A CIVIL CASE

THIS CAUSE COMING to be heard on a motion for entry of final judgment order following Defendants' confession of judgment, Defendants having confessed to judgment in the parties' Settlement Agreement, the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

1. Defendants are found to be in default and to have breached the parties' Settlement Agreement due to nonpayment of the First and Second Payments.

2. Defendants have failed to cure their default.

3. For the reasons set forth in open court on November 28, 2017, final judgment is hereby entered in favor of Sellers Capital, LLC and Sellers Capital Master Fund, Ltd. and against Defendants George Wight, Armada Group, GP, Inc., and Armada Enterprises, Inc., jointly and severally, in the amount of $6,000,000. Post-judgment interest accrues on this amount at the rate provided by law from the date of this judgment.

4.  There being no further claims pending in this matter, this judgment is final and enforceable according to law.

ENTERED:

11/28/17

_____
Jeffrey T. Gilbert
United Stated Magistrate Judge