**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Sellers Capital LLC, et al. v. George Wight, et al.

Case Number: 15-CV-7644

An appearance is hereby filed by the undersigned as attorney for:
SELLERS CAPITAL, LLC, and SELLERS CAPITAL MASTER FUND, LTD.

Attorney name (type or print): Alan F. Curley

Firm: Robinson Curley, P.C.

Street address: 300 South Wacker Drive, Suite 1700

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6190685
(See item 3 in instructions)

Telephone Number: (312) 663-3100

Email Address: chyndman@robinsoncurley.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 16, 2018

Attorney signature: S/ Alan F. Curley
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015